PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Reynaldo Martinez  **Docket Number:** 11-00190-001
 **PACTS Number:** 56521

**Name of Judicial Officer:** Honorable Dickinson R. Debevoise
Senior United States District Judge

**Name of Sentencing Judicial Officer:** Honorable Andre M. Davis
United States District Judge, D/MD

**Date of Original Sentence:** April 25, 2003

**Original Offense:** Possession with Intent to Distribute Narcotics

**Original Sentence:** 100 months imprisonment; 4 years supervised release; $100 Special Assessment.

**Type of Supervision:** supervised release  **Date Supervision Commenced:** 10/01/10

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 22, 2012, the offender was arrested by the Jersey City Police Department and charged with possession of CDS; manufacture/distribute CDS; and, CDS on school property. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>On October 22, 2012, the offender was arrested with Raymond Rodriguez, a convicted felon. |


I declare under penalty of perjury that the foregoing is true and correct.

By: *Gisella M. Bassolino*
U.S. Probation Officer
Date: 1/15/13

*Gisella M. Bassolino 2013.01.15 11:34:36 -05'00'*

*Carolee Ann Azzarello 2013.01.16 13:23:03 -05'00'*

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: March 4, 2013 2:00 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

January 22, 2013
Date